naomirobertsinf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JUL -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. **05-00033** |
| Plaintiff. | ) **INFORMATION** |
| vs. | ) **U.S. MAIL DESTRUCTION** |
| | ) [18 U.S.C. § 1703(b)] |
| NAOMI R. ROBERTS, | ) (Misdemeanor) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about May 3, 2005, the defendant, NAOMI R. ROBERTS, did knowingly and willfully and without authority, open and destroy one (1) U.S. Postal Service Express Mail envelope containing jewelry, that was not directed to her, but that had been entrusted to her for mailing via the U.S. Mail in violation of Title 18, United States Code, Section 1703(b).

DATED this 5th day of July 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney