

FILED
DISTRICT COURT OF GUAM

JUL - 7 2005

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00033 |
| Plaintiff, | |
| vs. | O R D E R |
| **NAOMI R. ROBERTS,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 5, 2005.

Dated this 7th day of July, 2005.

_____
ROBERT M. TAKASUGI, Designated Judge
U.S. DISTRICT COURT OF GUAM