IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00033**  **DATE: 07/07/2005**  **TIME: 10:27 a.m.**

**HON. ROBERT M. TAKASUGI, Designated Judge, Presiding**
Court Recorder: Wanda M. Miles
Hearing Electronically Recorded: 10:27:00 - 10:42:54

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: F. Tenorio

(4)

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: NAOMI R. ROBERTS**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.

**ATTY : JOHN GORMAN**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: FRED BLACK**

**AGENT:**

**U.S. PROBATION: JOHN SAN NICOLAS**

**U.S. MARSHAL: S. LUJAN**

**PROCEEDINGS: INITIAL APPEARANCE RE INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( X ) COURT SUMMARIZES THE FACTS  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( X ) COURT ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: U.S. MAIL DESTRUCTION
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: OCTOBER 5, 2005 at 10:00 A.M. ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: AUGUST 31, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**DEFENDANT IS RELEASED PURSUANT TO THE FOLLOWING CONDITIONS:**

1. DEFENDANT SHALL REPORT TO THE U.S. PROBATION OFFICE AS DIRECTED.

2. DEFENDANT SHALL SURRENDER ANY PASSPORT OR ANY OTHER TRAVEL DOCUMENTS TO THE CLERK OF THE COURT, U.S. DISTRICT COURT OF GUAM

3. DEFENDANT SHALL OBTAIN NO PASSPORT.

4. DEFENDANT SHALL NOT CHANGE RESIDENCE WITHOUT THE PERMISSION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL.

7. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL POSSESSION OF A NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCES UNLESS PRESCRIBED BY A LICENSE MEDICAL PRACTITIONER.