ORIGINAL

1  naomirobertspsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
SEP - 8 2005 P
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00033 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| NAOMI R. ROBERTS, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 8th day of September 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney