

JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NAOMI R. ROBERTS



FILED
DISTRICT COURT OF GUAM

SEP 20 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MJ 05-00033 |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT PRESENTENCE |
| ) | REPORT |
| vs. ) | |
| ) | |
| NAOMI R. ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, NAOMI R. ROBERTS, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report with the following exception.

1. Paragraph 47, page 9, should be amended to reflect the fact that Ms. Roberts is currently enrolled at Guam Community College since August 18, 2005, in the Medical Assistant program.

DATED: Mongmong, Guam, September 20, 2005.

/s/ JOHN T. GORMAN
Attorney for Defendant
NAOMI R. ROBERTS

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 20, 2005:

FREDERICK A. BLACK
Assistant United States Attorney, Senior Litigation Counsel
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, September 20, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
NAOMI R. ROBERTS