IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
OCT - 5 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00033**  **DATE: 10/5/2005**

**HON. LLOYD D. GEORGE, Designated Judge**
Court Recorder: Wanda M. Miles
**Hearing Electronically Recorded: 10:12:28 - 10:28:10**

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama

*********************APPEARANCES*************************

**DEFT: NAOMI R. ROBERTS**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.

**ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: S. LUJAN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____

**Base offense level:** 6  **Total offense level:** 4  Criminal History Category: I

NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to impose a term of one year probation and 50 hours of community service.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Agreed with the 50 hours of community service and left the issue of probation to the discretion of the Court.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

| SENTENCE: MJ-05-00033 | DEFENDANT: NAOMI R. ROBERTS |
|---|---|

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF  <u>TWO YEARS.</u>

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIME.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL SUBMIT TO URINALYSIS WITHIN 15 DAYS AND TO A MAXIMUM OF EIGHT URINALYSIS PER MONTH THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE EXCESSIVE USE OF ANY AND ALL ALCOHOL AND SHALL PARTICIPATE IN ALCOHOL TESTING UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL PERFORM 50 HOURS OF COMMUNITY SERVICE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL IMMEDIATELY PAY $456.00 IN RESTITUTION. PAYMENTS SHALL BE REMITTED TO THE CLERK OF COURT, 4TH FLOOR, U.S. COURTHOUSE, 520 WEST SOLEDAD AVENUE, HAGATNA, GUAM 96910 WHICH SHALL BE DISBURSE TO THE VICTIM AS FOLLOWS: YOULIHDA PELEP, HARMON, GUAM

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID FROM THE MONEY CONFISCATED BY THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS.