FILED
DISTRICT COURT OF GUAM
DEC - 5 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>NAOMI RENEE ROBERTS<br>　　　　Defendant. | MAGISTRATE CASE NO. 05-00033-001<br><br>APPLICATION AND ORDER FOR RELEASE OF GUAM BIRTH CERTIFICATE |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the Guam Birth Certificate, held by the Court as a condition of the defendant's release on bond.

Dated this 2ND day of December 2005.

_____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Judy Anne L. Ocampo, Clerk of Court is hereby ordered to release the Guam Birth Certificate, belonging to the defendant, Naomi Renee Roberts.

Dated this 5th day of December 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge



RECEIVED
DEC - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL