| PROB 35 (3/07) | **Report and Order Terminating Probation** |
|---|---|
| | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

      v.      MAGISTRATE CASE NO.   05-00033-001

    NAOMI R. ROBERTS

On October 5, 2005, Naomi R. Roberts was placed on probation for two years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Naomi R. Roberts to be discharged from probation.

          Respectfully submitted,

          ROSSANNA VILLAGOMEZ-AGUON
          Acting Chief U.S. Probation Officer



          /s/ JUDY ANNE L. OCAMPO
          U.S. Probation Officer

Reviewed by:



/s/ ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00033-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| NAOMI R. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Re:   Request for Early Termination from Probation

On October 5, 2005, Naomi R. Roberts was sentenced in the District Court of Guam by Designated Senior Judge Lloyd D. George for U.S. Mail Destruction, in violation of 18 U.S.C. §1703(b). She was sentenced to a two-year probation term. Her probation conditions include: not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to urinalysis within 15 days and to a maximum of eight urinalysis per month thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and 18 U.S.C. § 3563; refrain from excessive use of alcohol and shall participate in alcohol testing under the direction of the U.S. Probation Office; perform 50 hours of community service; pay a $25 special assessment fee; and pay restitution in the amount of $456.00.

Ms. Roberts has satisfied all of her court-ordered conditions. She paid her special assessment fee on November 7, 2005. She completed 50 hours of community service on May 29, 2006. Ms. Roberts paid her restitution in full on August 8, 2007. In addition, she submitted her monthly supervision reports in a timely manner. Ms. Roberts has maintained compliance, a positive attitude, and appeared to have made sound decisions in her personal life. She was recently married on July 14, 2007 to John Ursua.

SPECIAL REPORT
Request for Early Termination from Probation
Re: ROBERTS, Naomi R.
Magistrate Case No. 05-00033-001
August 21, 2007
Page 2

    Ms. Roberts is requesting for early termination as she has joined the U.S. Army and is scheduled to attend boot camp upon termination of her case.

    In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Robert's full compliance with her conditions of probation, and is in the interest of justice.

    RESPECTFULLY submitted this 21st day of August 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc: AUSA
    Defense Counsel
    File