**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.                                    MAGISTRATE CASE NO.    05-00033-001

NAOMI R. ROBERTS

On October 5, 2005, Naomi R. Roberts was placed on probation for two years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Naomi R. Roberts to be discharged from probation.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

 /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc: AUSA
     Defense Counsel
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 12, 2007